**Order entered September 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00901-CV

### MICHAEL ZIEHL, Appellant

### V.

### TORNADO BUS COMPANY, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-10314**

## ORDER

Before the Court is Dallas County District Clerk Felicia Pitre's August 30, 2019 request for extension of time to file the record. We **GRANT** the request and **ORDER** the clerk's record be filed no later than October 8, 2019.

/s/     BILL WHITEHILL
              JUSTICE